**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio Rodriguez HOLMES,**
**Defendant–Appellant.**

No. 02–4259.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 13, 2002.

Decided Oct. 7, 2002.

**658**

James S. Ellenson, Newport News, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Shannon O. McEwen, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

## OPINION

PER CURIAM.

Antonio Rodriguez Holmes appeals his conviction following his guilty plea to possession of a firearm after being convicted of a misdemeanor crime of domestic violence and his sentence to fifteen months in prison and three years of supervised release. Because we may not review the district court's refusal to depart downward, we dismiss the appeal.

Holmes argues his criminal history category over-represented the seriousness of his criminal history under the Sentencing Guidelines. Overstatement of the seriousness of a defendant's actual criminal history is a basis for downward departure. *U.S. Sentencing Guidelines Manual* § 4A1.3 (2000); *United States v. Hall,* 977 F.2d 861, 866 (4th Cir.1992). Because it clearly appears that the district court knew it possessed the authority to grant Holmes' motion to depart downward when it declined to do so, we may not review the court's refusal to depart downward. *See United States v. Matthews,* 209 F.3d 338, 352–53 (4th Cir.2000).

We therefore dismiss Holmes' appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*